14080.  JONES *v.* GEORGIA CASUALTY COMPANY.

JENKINS, P. J.  It appearing from the remittitur and the opinion of the Supreme Court that the judgment of this court rendered in this case (30 *Ga. App.* 207, 117 S. E. 467) has been reversed, the former judgment of this court is vacated, and, in accordance with the ruling of the Supreme Court, the judgment of the court below is affirmed. *Georgia Casualty Co.* v. *Jones,* 156 *Ga.* 664 (119 S. E. 721).

*Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED NOVEMBER 23, 1923.

Appeal; from Calhoun superior court—Judge Custer.  October 12, 1922.

*A. W. Cozart, W. Cecil Neill,* for plaintiff.

*P. F. Brock, Sparks & Russell, Arnold & Battle,* for defendant.